UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

        v.                              :     CR. NO. 06-102-ALL (JDB)

ANDERSON STRAKER  ET AL          :

### O R D E R

    Because of the length and complexity of the proceedings in the above captioned matter, investigators appointed pursuant to the Criminal Justice Act may use the following procedures to obtain interim payments during the course of their representation:

    Investigators may submit to the Office of the Federal Defender Interim CJA Form 21 (entitled "Appointment and Authority to Pay Court Appointed Counsel") setting forth an itemization of compensation earned and reimbursable expenses. The notation "Interim Compensation" should be typed on the top of these forms.

    The first interim voucher, due on the sixth day of the month following the approval of this order, should reflect all compensation claimed and reimbursable expenses incurred from the date of counsel's appointment.

    Thereafter, investigators shall submit interim vouchers every 30 days as set forth above. The court will review the Interim Vouchers when submitted and will authorize compensation to be paid for the approved number of hours, and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first Interim Voucher or any subsequent Interim Vouchers cumulatively seek compensation exceeding the amount initially approved by the court,

(excluding reimbursement sought for expenses), these vouchers must be accompanied by a letter supporting the claim for compensation and then approved by this court and the Chief Judge of the Circuit before disbursement can be made. One-fifth of the total amount approved for each voucher submitted shall be withheld until the final accounting. At the conclusion of the representation, investigators shall submit a final voucher seeking payment of the one-fifth balance withheld for the earlier Interim Vouchers.

The notation "Final Voucher" should be typed at the top of the last Form 21 submitted for reimbursement. The Final Voucher should set forth all compensation and reimbursement previously received for representation in this matter, as well as the balance remaining due to investigators. After review by the Office of the Federal Defender, the Court will review each Interim and Final Voucher and submit each to the Chief Judge of the Circuit Court for review and approval. The vouchers will then be returned to the Office of the Federal Defender for processing and submission for payment to the appropriate disbursing authority.

SO ORDERED.

_____        _____
DATE                          JOHN D. BATES
                              UNITED STATES DISTRICT JUDGE


_____        __ _____
DATE                          DOUGLAS H. GINSBURG
                              CHIEF JUDGE, U.S. COURT OF APPEALS
                              D.C, CIRCUIT

2

cc: Ericka Freeman
 CJA Panel Administrator
 Federal Defender Service
 Suite 555
 625 Indiana Avenue N.W.
 Washington, D.C. 20004

 All defense counsel