**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JASON ERROL PERCIVAL, et al.,** | ) | **Criminal No. 06-102 (JDB)** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |
| | ) | |

**GOVERNMENT'S NOTICE OF FILING OF THE WRITTEN OPINION**
**OF THE COURT OF APPEALS FOR TRINIDAD AND TOBAGO**
**RELATED TO THE EXTRADITION OF LEON NURSE,**
**RICARDO De FOUR, KEVON DEMERIEUX,**
**AND ZION CLARKE**

The United States of America ("United States" or "Government"), provides notice hereby of its filing herewith of a copy of the written opinion, dated May 12, 2008, of the Court of Appeals for the Republic of Trinidad & Tobago, dismissing the appeals of Leon Nurse, Ricardo De Four, Kevon Demerieux, and Zion Clarke.

A true and correct copy of the thirty-one page opinion is attached hereto.

Respectfully submitted,

JEFFREY A. TAYLOR (D.C. Bar No. 498610)
United States Attorney

/S/

By: _____

BRUCE R. HEGYI (D.C. Bar No. 422741)
Assistant United States Attorney
Federal Major Crimes Section
555 Fourth Street, N.W., Room 4848
Washington, D.C.  20530
(202) 305-9637
(202) 353-9414 (fax)
www.bruce.hegyi@usdoj.gov


JEANNE M. HAUCH
Assistant United States Attorney
National Security Section
555 Fourth Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 514-5776

2