**STATEMENT**

Name CHRISTOPHER SEALEY   Sex Male   Age 32 years   D.O.B. 23/6/75

Occupation Shop Keeper   Address 1P-54 Kingston Avenue, La Canoa Road, Santa Cruz

Investigating Officer taking Statement No. 131 S.P. WPC Mitchell - Quashie

Others present No.11652 A. Ryder, Justice of the Peace Mr. Asquith Creese and Hugh David Sealey JNR.

Date 8 August 2006   Time Commenced 9:15pm   Place Arouca Police Station

---

I, Michael Bourne, also known as Christopher Sealey and Boyie, wish to make a statement. I want someone to write down what I say. I have been told that I need not say anything unless I wish to do so and that whatever I say may be put in evidence. I have also been told that I have the right to retain a legal advisor.

Christopher Bourne
0806 8/8/06 J.P. 8/8/06    S.E.B.

On early January 2005 Wayne PETER come and check meh and say he have some thing line up, he tell meh how we go meet by Melounodes. When we reach by Melounodes everybody was dey. The soldiers and then Quan.

C.B. 0806 8/8/06   J.P. 8/8/06

C.B. + about the same man like which part he does be drinking in El Socorro and after the meeting by the bar, they tell we to go across by the car. When we reach across to the car, the soldier bring the two guns and handed it to me and Sticka and after the drugs drop off and

Michael Bourne 8-8-06
Christopher Bourne 8-8-06 C.B. 0806 8/8/06

went down the road by et soobro × CB
CB video and after we drive down
et soobro he drive around and
show we where the man is inside
the bar. After we leave and come
out the coffin and went inside the
bar and after we reach in the bar
I end up sticking the man up.
Me and Draica and after we
took him to the car Draica was
driving the car we went up Santa Cruz
and found him over to the man
dey call SOLDIER. After we
hand him over dey tete him
and go away with him. To
leave and went home and then
the SOLDIER come up the road
boy me in the night he the gun
the man had the shot-it-and-now
CB give (NINJA)-other-the-gun-that-the-shot-it-and-now-CB
CB give NINJA course on didn't
witness who came and was there when
do it and besides that I have a
want meh came to call. they
end up calling meh come and tell
that NINJA come and tell meh that
he come and collect the gun. After
the man died will come sickness
he had and he end up chopping
him up and throwing himself
everything. NINJA was in he car
when he come and tell meh that.

Christopher Baume 8-8-06

Stacy Smith 8-8-06 [signature] 8-8-06

G.P. 79-P190-50,000-/99   M.J. Cabrite 8/8/06

Justice of the Peace
St. George East
[signature] 8/8/06

**STATEMENT**

Name........................ Sex........ Age........
Occupation.................. Address....................
Investigating Officer taking Statement........ Continued
Others present..............
Date........ Time Commenced........ Place........

QUESTION: Do you know who is Pierre by any other name and where does he live?

ANSWER: Yeah ninja and he live in Bourg Halattesse Santa Cruz and he went to school together and I use to see him in school.

QUESTION: What do you mean by school link up?

ANSWER: The end up coming up and showing men about the soldier and them and they were planning to kidnap the man for money and they were planning it by Malolo nob.

QUESTION: How much money was he talking about?

ANSWER: He was talking about (7) seven million dollars $7,000,000.00

QUESTION: Were you promise any share of the money?

ANSWER: They was just talking about the seven million and how to get it.

QUESTION: Where is Melowood?

ANSWER: That is by the Club in Bourg Mulaterss.

QUESTION: Who was at the meeting at the CB of Christopher Bourne 8-8-06 [?] Halatesse 8-8-06

Milerston #86 [signature] R.S. 8/8/06
St George East

club?
Answer: It was no strica ninja and three soldiers.
Question: Do you know strica by any other name?
Answer: No all I know is that he living somewhere in Santa Cruz.
Question: Describe the man in the bar?
Answer: It was ah Indian, low hair slim will beard and thing.
Question: Did the soldier tell you anything about the men?
Answer: They say he used to fight was in Vietnam or something like that.
Question: Describe the soldiers who was at Melowwoods?
Answer: It had one that was taller than all the rest dark this hair was low. Next one he was making hand with ninja and he was not in the force. And he get throw out of the force. He was brown skin, short, stought muscular body and had a low cast. I know him by seeing him in Bourg Mulatress opposite ninja house Bouchanan ninth would pass with him in the car. That I have the next one he shell in the force he used to be tying whare they does fix radio and thing by Mr. Quer and then opposite Mellowwoods

Christopher Bourne 8-8-06
8/y/f Scott 8-8-06 M Paul 8/4/06

at George East

S.P. Tr. No.-P190-50, 000-/99
MC 03650 28/8/06

## STATEMENT

Name......................................... Sex........... Age..........
Occupation.............................. Address.. cont'd
Investigating Officer taking Statement...........................
Others present..........................
Date........................ Time Commenced........... Place...........

and I use to pass and see him right through. he was short and had a round face, brown skin and strong built.

QUESTION: Do you know the driver?
ANSWER: Yeah he name Smiley all uh we went to school together. he was older than me and he was up in Bravo Mulateress by NINTH.

QUESTION: Does <s>Smiley</s> Brinston have a car and describe it?
ANSWER: Yeh he have one al think it is a grey but we don't know the number.

QUESTION: What do you mean by sticking him up and say how this was done?
ANSWER: Shaka was standing outside in road in front the club and I walk in and tell the man that we come for him and after I tell him loh we walk. I had the gun in meh hand. that was a dummy gun it was empty.

QUESTION: What did the man do?
ANSWER: The man did not do anything.

Christopher Bourne 8-8-06 [signature] 8-8-06
[signature] Scott 8-8-06

[sideways annotations:]
Justice of the Peace
St. George east
[signature] 8/8/06
M Waddox 8/8/06

he first walk ahead when we reach to the car. STAKA put him inside the car and after I jump in and went up the road with BRUCY. and the same soldier who was always with NINJA was sitting in a car and the road watching the scene.

QUESTION: When you was by Holywoods and the soldier bring the gun, which one of the soldier was that?
ANSWER: The same soldier who was moving with NINJA and living up by Taylor, CB.

QUESTION: The gun NINJA show you, the gun which STAKA bring into the car, the gun which the gun inside the car? Be the same gun too.

QUESTION: Who showed you the gun in the bar?
ANSWER: The same soldier who living up by NINJA.

QUESTION: How did you hear the NINJA to show we the man.
ANSWER: When did you hear the new dead and how long after you learn of his death.
ANSWER: It was about two weeks. PCB

QUESTION: It was about the same two weeks. PCB

Answer: We hear he dead when NINJA come up by the shop and tell me the man dead and the on the hand and he chop him up. PCB

QUESTION: Did you receive any money?
ANSWER: No.

QUESTION: Did you kill the man?
ANSWER: I did not kill no man and not a take part in it.

Christopher Bowers 8-8-0-6

[signatures and markings]

**STATEMENT**

Name................................................ Sex............ Age............
Occupation........................................
Address.......................... Continued
Investigating Officer taking Statement..........
Others present.....................................

Date........................ Time Commenced............... Place................

QUESTION: If you see the soldier who was riding with MHJA all the time would you be able to identify him?

ANSWER: Yeah because he was set up with the guy Christopher Bourne 8-8-06 SDA Snow SJo-6 Cpl SP 8/8/06 McCosta 8/8/06

The above statement has been read to me and I have been told that I can correct, alter or add anything I wish. This statement is true. I have made it of my own free will. Christopher Bourne 8.8.06 SDA Snow SJo-6 Cpl Sp 8/8/06

Justice of St. George  A. Au 8/8/06

I wish to certify that I was requested by #631ST 69 PC Cozier as to follow up to the Homicide Bureau of Powers that was needed when I arrived by mid #631ST 69PC Cozier Michael Bourne, a young man here sealed and called Christopher Sealey and his father Hugh) were there. DPC Greene informed me she was investigating an incident of Hurley and Michael Bourne was the Suspect. I then agreed the police officers to leave the room so I could speak to the suspect

to which they complied. I then asked the suspect if he was threatened, pleased or promised anything to give the statement and he said no. He was given his freedom and also told him he just obliged to give any statement, he will also be advised to have a statement and he wanted to give a statement and he wanted the police to write the statement. I then read the police officers to the room W/C Corrine got the statement form and read the preamble to the suspect and he said understood and she wrote it. The suspect escaped and related almost all his future that she wrote it. The suspect chuckled his statement while W/C Corrine recorded. He also asked question to clarify what he wanted to be properly answered. She then asked him if he was satisfied with the wrote as she read the statement to the suspect in the presence of his wife. He said he was satisfied and correctly recorded and dated before PC Preb. The suspect and dated [illegible]

G.P. Tr/To-P 190-50,000-89

[signature] 10/6/06
Justice of the [illegible]
St. George East


**STATEMENT**

Name.................... Sex......... Age.........
Occupation.................... Address....................
Investigating Officer taking Statement....................
Others present....................
Date.................... Time Commenced.................... Place....................

Signed and dated it. The Suspect then wrote a Certificate from the Judges Rules to which after he signed and dated it. I further disclosure PC Hinds and I did like wise.

Agnela Duke
Justice of the peace
St. George East
8/8/06

Interviewed 9:45pm on Tuesday 8th August 2006
Recorded by: Jonaline Mitchell Joppe A/C
Witness 8/8/06

[signature]
Justice of the peace
St. George East
8/8/06