**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| | * | |
| | * | |
| v. | * | **Case No.: 06-00102-JDB-7** |
| | * | |
| **LEON NURSE** | * | |

**ENTRY OF APPEARANCE**

Please enter the appearance of Michael E. Lawlor as court-appointed counsel for the Defendant in the above-captioned case.

Respectfully,

S/_____
Michael E. Lawlor
Lawlor & Englert, LLC
6305 Ivy Lane
Suite 608
Greenbelt, Maryland 20770
301.474.3404

**CERTIFICATE OF SERVICE**

    I hereby certify that on this day, February 26, 2008, a copy of the foregoing was delivered to the Office of the United States Attorney, 555 4th Street, NW, Washington, DC 20001

S/_____
Michael E. Lawlor