# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 06-102-07 | MAGIS. NO: |
|---|---|---|
| V.<br><br>LEON NURSE aka "LEO" | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Leon Nurse aka "Leo"<br>unknown | |
| DOB:   PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Hostage Taking Resulting in Death

Conspiracy to Commit Hostage Taking Resulting in Death

Aiding and Abetting and Causing an Act to be Done

**FILED**

AUG 0 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18 U.S.C. §§ 1203(a) and 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>4/26/2006 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>4/26/2006 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8-5-08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8-5-08 | | |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |